UNITED STATES DISTRICT COURT
EASTER DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:06-cr-30 |
| v. ) | |
| ) | Judge Edgar |
| RAFAEL BERMUDEZ-SANCHEZ ) | |
| J. CARMEN IBARRA-OROZCO ) | |
| and FRANCISCO JAVIER GOMEZ ) | |

**ORDER**

Defendants made a joint motion to suppress evidence [Doc. No. 47] and a joint motion to permit expert testimony concerning the validity of the traffic stop. [Doc. No. 51]. The motion to suppress was referred to Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636 (b)(1)(B) and Fed. R. Crim. P. 59(b).

Magistrate Judge Lee held an evidentiary hearing on September 27, 2006. Magistrate Judge Lee has submitted her report and recommendation [Doc. No. 59]. It is recommended that the defendants' motions be denied.

Defendants have filed objections. [Doc. No. 60]. After reviewing the record *de novo*, the Court concludes that the defendants' objections are without merit and are **DENIED**. Pursuant to 28 U.S.C. § 636(B)(1) and Fed. R. Crim. P. 59, the Court **ACCEPTS and ADOPTS** the report and recommendation. Accordingly, the defendants' motions [Doc. Nos. 47, 51] are **DENIED**.

SO ORDERED.

ENTER this the 31st day of October, 2006.

                                                 */s/ R. Allan Edgar*
                                                 R. ALLAN EDGAR
                                      UNITED STATES DISTRICT JUDGE